# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **NICHOLAS PERRY D/B/A DEFENSE SERVICES GROUP LLC**<br>          Plaintiff,<br><br>v.<br><br>**ZENITH QUEST INTERNATIONAL LLC**<br>          Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**<br><br>Case No: 1:14-cv-00340 |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P 41 (a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Nicholas Perry d/b/a Defense Services Group LLC hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendant Zenith Quest International LLC.

Date: April 23, 2014          Respectfully submitted,

                              By:_____/s/ Lauren Connell_____

| | |
|---|---|
| Michael Volkov (VA Bar 84794) | Lauren Connell (VA Bar 81996) |
| mvolkov@volkovlaw.com | lconnell@volkovlaw.com |
| THE VOLKOV LAW GROUP | THE VOLKOV LAW GROUP |
| 8105 Fenway Rd | 8105 Fenway Rd |
| Bethesda, Maryland 20817 | Bethesda, Maryland 20817 |
| Telephone:  240-505-1992 | Telephone:  202-489-7061 |
| Facsimile:  831-298-0838 | Facsimile:  831-298-0838 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23 day of April, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and notified the following of such filing via electronic mail and by U.S. mail:

Arnie B. Mason, Esq.
Williams Mullen
8300 Greensboro Drive, Suite 1100
Tysons Corner, Virginia 22102
(703) 760-5235
amason@williamsmullen.com

Date: April 23, 2014            Respectfully submitted,

                                By:_____/s/ Lauren Connell_____

                                        Lauren Connell (VA Bar 81996)
                                        lconnell@volkovlaw.com
                                        THE VOLKOV LAW GROUP
                                        Attorney for Nicholas Perry
                                        d/b/a Defense Services Group LLC
                                        8105 Fenway Rd
                                        Bethesda, Maryland 20817
                                        Telephone:  202-489-7061
                                        Facsimile:   831-298-0838